UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

REGINALD EUGENE GRIMES
  Reg. No. 40127-004

  Petitioner,

v.             Case No. 3:22cv9927/LC/MAL

WARDEN M.V. JOSEPH,
FPC PENSACOLA

  Respondent.
_____/

## **ORDER**

  On March 10, 2023, the magistrate judge issued a Report and Recommendation recommending that the Respondent's Motion to Dismiss be granted and the petition for writ of habeas corpus be dismissed. (ECF No. 20). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

  Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:22cv9927/LAC/MAL

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 20) is adopted and incorporated by reference in this order.

2. Respondent's Motion to Dismiss Mischaracterized, Unauthorized Second § 2255 Petition for Lack of Jurisdiction (ECF No. 16) is **GRANTED** and the amended petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (ECF No. 4) is **DISMISSED**.

3. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 27th day of March, 2023.

    s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**